**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
(GRAND RAPIDS)**

In re:

**GEORGE D. HOLMES**

                                                  Case No. 14-04833-jwb
                                                  Chapter 7
                                                  Hon. James W. Boyd

_____/

**STIPULATION TO ENTRY OF ORDER**

      Debtor, George Holmes, and Creditor, Fifth Third Bank, through their counsel, stipulate to the entry of the following:

1. Order Granting Third Extension of Deadlines To File Complaints To Determine The Dischargeability Of Certain Debts Or To Object To Discharge Under 11 U.S.C. §§ 523 And 727, as to Fifth Third Bank (**Exhibit A**).

Dated: January 14, 2015

| **KELLER & ALMASSIAN PLC** | **SEYBURN KAHN, P.C.** |
|---|---|
| By:  /s/ A. Todd Almassian (with consent) | By:  /s/ David T. Lin |
| A. Todd Almassian (P55467) | David T. Lin (P70764) |
| 2810 East Beltline Ln, NE | 2000 Town Center, Ste 1500 |
| Grand Rapids, MI 49525 | Southfield, MI 48075 |
| (616) 364-2100 | (248) 353-7620 |
| Fax:  (616) 364-2200 | Fax: (248) 353-3727 |
| ecf@kalawgr.com | dlin@seyburn.com |
| Attorneys for Debtor | Attorneys for Fifth Third Bank |

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
(GRAND RAPIDS)

In re:

**GEORGE D. HOLMES**

Case No. 14-04833-jwb
Chapter 7
Hon. James W. Boyd

_____/

### ORDER GRANTING THIRD EXTENSION OF DEADLINES TO FILE COMPLAINTS TO DETERMINE THE DISCHARGEABILITY OF CERTAIN DEBTS OR TO OBJECT TO DISCHARGE UNDER 11 U.S.C. §§ 523 and 727, AS TO FIFTH THIRD BANK

This Order is before the Court on the stipulation between counsel for the Debtor, and counsel for Fifth Third Bank. Having reviewed this Order and the stipulation, and the Court otherwise duly advised in the premises:

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the deadline to file complaints to determine the dischargeability of certain debts or to object to discharge under 11 U.S.C. §§ 523 and 727 is hereby extended, for the benefit of Fifth Third Bank only, to February 13, 2015.

**END OF ORDER**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
(GRAND RAPIDS)

In re:

**GEORGE D. HOLMES**

                                            Case No. 14-04833-jwb
                                            Chapter 7
                                            Hon. James W. Boyd

_____/

**CERTIFICATE OF SERVICE**

      This is to certify that on January 14, 2015, I filed the *Stipulation to Entry of Order* and proposed *Order Granting Third Extension of Deadlines To File Complaints To Determine The Dischargeability Of Certain Debts Or To Object To Discharge Under 11 U.S.C. §§ 523 And 727, As To Fifth Third Bank,* with the Clerk of the Court using the ECF system, which served and sent notification of the above-document to the following:

      A. Todd Almassian, Attorney for Debtor
      ecf@kalawgr.com

All persons and entities participating in the ECF system.

                                            /s/ David T. Lin
                                            David T. Lin, Esq. (P70764)